No. 83–1103.   AMERICAN COMMERCIAL BARGE LINES ET AL. *v.*
BERRY.   App. Ct. Ill., 5th Dist.   Certiorari denied. ▮

No. 83–1108.   ST. CLAIR *v.* UNITED STATES.   C. A. 9th Cir.
Certiorari denied. ▮

No. 83–1110.   RUPLE *v.* CITY OF VERMILLION, SOUTH DA-
KOTA, ET AL.   C. A. 8th Cir.   Certiorari denied. ▮

No. 83–1112.   MURILLO *v.* UNITED STATES.   C. A. 9th Cir.
Certiorari denied. ▮

No. 83–1113.   WILSON *v.* OHIO.   Ct. App. Ohio, Cuyahoga
County.   Certiorari denied.

No. 83–1114.   KING *v.* FIDELITY NATIONAL BANK OF BATON
ROUGE.   C. A. 5th Cir.   Certiorari denied. ▮

No. 83–1120.   SCARSELLETTI *v.* AETNA CASUALTY & SURETY
CO.   Super. Ct. Pa.   Certiorari denied.

No. 83–1133.   BEHAR *v.* SOUTHEAST BANK TRUST CO., N. A.,
PERSONAL REPRESENTATIVE OF THE ESTATE OF BEHAR.   C. A.
11th Cir.   Certiorari denied.

No. 83–1137.   CORDELL *v.* UNITED STATES.   C. A. 7th Cir.
Certiorari denied. ▮

No. 83–1147.   RADSECK *v.* UNITED STATES.   C. A. 7th Cir.
Certiorari denied. ▮

No. 83–1165.   CAPITOL CITY LUMBER CO., INC. *v.* NATIONAL
LABOR RELATIONS BOARD.   C. A. 6th Cir.   Certiorari denied.
▮

No. 83–1177.   COHEN *v.* UNITED STATES.   C. A. 2d Cir.   Cer-
tiorari denied. ▮

No. 83–5193.   FOUNDAS *v.* UNITED STATES.   C. A. 9th Cir.
Certiorari denied. ▮

No. 83–5293.   ROBINSON *v.* CHAPMAN ET AL.   C. A. 11th Cir.
Certiorari denied. ▮

No. 83–5335.   RABB *v.* UNITED STATES.   C. A. 3d Cir.   Cer-
tiorari denied. ▮